| | |
|---|---|
| 1 | ERSKINE & TULLEY |
| | A PROFESSIONAL CORPORATION |
| 2 | MICHAEL J. CARROLL (St. Bar #50246) |
| | 220 Montgomery Street, Suite 303 |
| 3 | San Francisco, CA  94104 |
| | Telephone:  (415) 392-5431 |
| 4 | |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,

        Plaintiffs,

vs.

ACOSTA SHEET METAL MANUFACTURING COMPANY, INC., a California corporation,

        Defendant.

NO.  C 09 1307 SI

CERTIFICATION BY PLAINTIFFS COUNSEL THAT AGREED CONSIDERATION HAS NOT BEEN PAID; ORDER

I, MICHAEL J. CARROLL, certify:

I am counsel for plaintiff in this case and familiar with the following facts:

On February 18, 2009, Defendant signed a Stipulation for Judgment which provided for a payment plan that should have resulted in payment within one year.  On July 9, 2009 this court signed an Order for Conditional Dismissal containing that time limit.  Unfortunately the defendant has had to request relief from the terms of the Stipulation twice because economic conditions made

CERTIFICATION BY PLAINTIFFS COUNSEL THAT AGREED CONSIDERATION HAS NOT BEEN PAID; ORDER      1

it unable to pay promised installments.

Plaintiffs have just granted the Defendant relief from the payment plan for a second time. At this point in time $59,179.50 remains due in contributions alone. It is clear that the judgment consideration will not be paid off within the 365 days stated in the Order For Conditional Dismissal filed in July 2009.

Plaintiffs respectfully request that the action be restored to the civil active calendar, although no dates need to be set yet.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 17, 2010 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

Order
IT IS SO ORDERED.

Dated: 2/18/10

UNITED STATES DISTRICT COURT

_____
Honorable Susan Illston

The initial case management conference has been scheduled to occur on Friday, March 12, 2010, at 2:30 p.m.

CERTIFICATION BY PLAINTIFFS COUNSEL THAT AGREED CONSIDERATION HAS NOT BEEN PAID; ORDER                              1

PROOF OF SERVICE

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On February 17, 2010 I served the within CERTIFICATION BY PLAINTIFFS COUNSEL THAT AGREED CONSIDERATION HAS NOT BEEN PAID; ORDER on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Sal J. Acosta
Acosta Sheet Metal
930 Remillard Court
San Jose, CA 95122

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2010 at San Francisco, California.

                                        /s/Sharon Eastman
                                        Sharon Eastman