```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>             Plaintiffs, <br><br>     vs. <br><br> ACOSTA SHEET METAL MANUFACTURING COMPANY, INC., a California corporation <br><br>             Defendant. | NO.  C 09 1307 SI <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for March 12, 2010 be continued to April 2, 2010 at 2:30 p.m. in Courtroom 10, 19th Floor, San Francisco, CA.

Dated:_____           _____
                                        Honorable Susan Illston

ORDER TO CONTINUE CASE MANAGEMENT CONFERNECE